## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

LORRANY LIMA,

    Plaintiff,

v.

TAKATA CORPORATION; and TK HOLDINGS, INC.,

    Defendant.

CIVIL ACTION NO.: 4:17-cv-124

FILED
Scott L. Poff, Clerk
United States District Court
By jburrell at 12:38 pm, Jan 14, 2019

# O R D E R

Before the Court is the Plaintiff's Notice of Dismissal Without Prejudice filed on January 4, 2019, stating that the Plaintiff seeks to dismiss this action without prejudice. (Doc. 8.) Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court DISMISSES this action without prejudice. The Clerk is hereby authorized and directed to CLOSE this case.

**SO ORDERED**, this 14th day of January, 2019.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA